# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Douglas Gumbs

Case Number: 3:23-cr-93-KDB

| COUNT(S) | STATUE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1-3 | 18 USC 1708 | None | Maximum Imprisonment of 5 years, $250,000 Fine; and a period of supervised release |
| 4 | 18 USC 1705 | None | Maximum Imprisonment of 3 years, $250,000 Fine; and a period of supervised release |
| 5 | 18 USC 1344(2) | None | Maximum Imprisonment of 30 years, $1 million Fine; and a period of supervised release |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO
\* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE