# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

## U. S. DISTRICT COURT

**CASE SEALED:** ● YES ○ NO

**DOCKET NUMBER:** 3:23cr93-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | DOUGLAS GUMBS |
| **COUNTY OF OFFENSE** | : | MECKLENBURG |
| **RELATED CASE INFORMATION** | : | |
| Magistrate Judge Case Number | : | |
| Search Warrant Case Number | : | |
| Miscellaneous Case Number | : | |
| Rule 20b | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ○ Petty  ○ Misdemeanor  ● Felony

18 U.S.C. §1705   18 U.S.C. §1708   18 U.S.C. § 1344(2)   18 U.S.C. § 2

**JUVENILE:**  ○ Yes   ● No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | CARYN FINLEY |
| **VICTIM/WITNESS COORDINATORS:** | | SHIRLEY RUTLEDGE |
| **INTERPRETER NEEDED** | : | N/A |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | |